UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| United States of America<br><br>vs.<br><br>Jerry Hall Faulkner | **UNDER SEAL**<br><br>No. 11-4039-JSB<br><br>The Honorable John Bryant<br>United States Magistrate Judge |

**ORDER**

The Complaint, Arrest Warrant, Affidavit, and recording of the proceedings on June 28, 2011, in the instant matter shall be placed under seal.

It is so ordered.

By: _____
John Bryant
United States Magistrate

Dated: June 25, 2011

1